UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 14-9771-DMG (MANx)** | Date | July 1, 2015 |

| | |
|---|---|
| Title | *United States Ex Rel. Stephen Yagman v. James Elmer Mitchell, et al.*   Page   1 of 2 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER VACATING JUNE 29, 2015 MINUTE ORDER AND DENYING MOTIONS TO DISMISS AS MOOT [37, 41, 51, 64]**

On June 29, 2015, this Court issued an order striking Plaintiff Relator Stephen Yagman's First Amended Complaint because it was filed without leave of court more than 21 days after electronic service of a motion under Fed. R. Civ. P. 12(b). [Doc. # 64.] On that same day, Plaintiff filed a response contending that in 2008 his counsel, Joseph Reichmann, had opted out of electronic service and, therefore, mail service was required and three days was added to the 21-day requirement. [Doc. # 66.]

Mr. Yagman is advised that while filing a completed Electronic Service Exemption Form G-5 is effective to opt out of electronic service, and does not have to be done in every action thereafter, that opt-out is waived by thereafter filing a Notice of Appearance of Counsel Form G-123 and listing an email address in the identifying information section therein.[1]

Mr. Yagman alternatively argues that he had another 21-day period commencing with the service of Defendant John Bruce Jessen's motion to dismiss. However, there is not a separate 21-day period for every motion to dismiss. Because under Fed. R. Civ. P. 15(a)(1)(B) a plaintiff may amend his/her complaint "once as a matter of course" within 21 days "after service of a motion" to dismiss, that 21-day period runs 21 days after the first service of a motion to dismiss. Plaintiff does not get additional 21-day periods to amend with each subsequently filed motion to dismiss.

---

[1] Contrary to Mr. Yagman's contention, the G-123 form does not "require" the listing of an email address. By voluntarily designating an email address as identifying information, the attorney is deemed to consent to electronic service. If counsel does not intend to consent to electronic service, s/he should not list an email address on the form. Mr. Reichmann's submission of an Electronic Service Exemption Form G-5 on June 22, 2015 was effective to terminate his consent to electronic service from and after June 22, 2015 (see attached).

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

Case No.   **CV 14-9771-DMG (MANx)**                                              Date   July 1, 2015

Title   *United States Ex Rel. Stephen Yagman v. James Elmer Mitchell, et al.*   Page   2 of 2

    Nevertheless, in the interests of justice and to avoid further unnecessary motion practice, IT IS ORDERED that this Court's minute order of June 29, 2015 striking the filing of the First Amended Complaint [Doc. # 64] is hereby VACATED. Counsel is advised, however, that hereafter listing an email address in the Identifying Information Section of a Notice of Appearance Form G-123 is consent to electronic service.

    IT IS FURTHER ORDERED that the motions to dismiss filed by Defendant James Elmer Mitchell [Doc. # 37], Plaintiff United States [Doc. # 41], and Defendant John Bruce Jessen [Doc. # 51] are DENIED without prejudice as moot. Defendants shall file their responses to the First Amended Complaint within 21 days after the date of this Order.

JUN 2 2 2015

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### ELECTRONIC SERVICE EXEMPTION FORM

Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. CM/ECF Users may revoke that consent at any time by completing this Electronic Service Exemption Form and submitting it to the Clerk's Office. *Please note that this form may not be submitted or filed electronically, but must be submitted to the Clerk's Office in paper format, either in person (at any filing window) or by mail. Send to:*

*United States District Court*
*312 N. Spring St., Room G-8*
*Attn: Attorney Admissions*
*Los Angeles, CA 90012*

Name of Attorney: Joseph Reichmann'
Firm Name: Yagman & Reichmann
Address: 475 Washington Boulevard
City: Venice Beach   State: CA   Zip Code: 90292-5287
Telephone Number: 310-452-3200   Fax Number: None
E-mail Address: admin@yagmanlaw.net   Cal. Bar Number: 29324

*Please check one of the following:*

[X] I am currently a member of the Bar of the Central District of California.
[ ] I am an attorney seeking admission to the Bar of the Central District of California.
[ ] I have been granted permission to appear *pro hac vice* in a case pending in the Central District.
[ ] I am an attorney seeking permission to appear *pro hac vice* in a case pending in the Central District.
[ ] Other (*explain*): _____

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 2 2 2015
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

*Please read and initial each of the following statements:*

jr — I have (or have requested) a CM/ECF login and password, to allow me to file documents electronically in the Central District of California. However, I do not consent to be served with documents through the Court's CM/ECF System.

jr — I recognize that refusing to consent to electronic service will delay my receipt of both court orders and documents served by other parties to my case(s).

jr — I recognize that refusing to consent to electronic service will impose additional costs on the federal court system.

jr — I recognize that refusing to consent to electronic service will impose additional costs on other parties to my case(s), which may ultimately be taxed as costs against my client(s).

*Please sign below.*

**I acknowledge that I have read and understood the above, and I withhold and/or revoke my consent to receive electronic service of documents through the Court's CM/ECF System.**

06-22-15
Date

*[signature: Joseph Reichmann]*
Signature of Attorney

G-5 (6/13)   ELECTRONIC SERVICE EXEMPTION FORM   Page 1 of 1